

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Julie McLeod, individually and as
independent executor of the Estate
of Barry McLeod,

Vs. No. 11-20-00076-CV

Wanda McLeod, individually and
derivatively on behalf of McLeod
Property Development, LLC, and
Michel Manfredonia,

\* From the 104th District Court
    of Taylor County,
     Trial Court No. 27260-B.

\* April 28, 2022

\* Opinion by Bailey, C.J.
    (Panel consists of: Bailey, C.J.,
    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment to the extent that it imposed a constructive trust on Julie McLeod as the executor of the Estate of Barry McLeod, and we render judgment that Wanda McLeod take nothing on her request to impose a constructive trust as a remedy. In all other respects, we affirm the trial court's judgment. The costs incurred by reason of this appeal are taxed 70% against Julie McLeod, individually and as independent executor of the Estate of Barry McLeod, and taxed 30% against Wanda McLeod, individually and derivatively on behalf of McLeod Property Development, LLC.